IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SUSAN K. DOUGHERTY,

      Appellant,

v.                                    Case No.  5D16-4063

DEPARTMENT OF REVENUE AND
JOSEPH P. DOUGHERTY,

      Appellees.

_____/

Opinion filed May 2, 2017

Appeal from the Circuit Court
for Brevard County,
George Paulk, Judge.

Susan K. Dougherty, Miami, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Toni C. Bernstein,
Senior Assistant Attorney General,
Tallahassee, for Appellee, Department of
Revenue.

Jason M. Gordon, Cocoa Beach, for
Appellee, Joseph P. Dougherty.

PER CURIAM.

      AFFIRMED.  See Fla. R. App. P. 9.315(a).

SAWAYA, PALMER, and EDWARDS, J.J., concur.